THE LAW OFFICE OF MACE J. YAMPOLSKY
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERNANDO LIZARRAGA-VAZQUEZ,<br><br>Defendant. | Case No. 2:21-cr-00226-003<br><br>**MOTION TO BE REMOVED FROM ELECTRONIC NOTIFICATION SYSTEM AND SERVICE LIST** |

FERNANDO LIZARRAGA-VAZQUEZ, by and through his counsel of record hereby submits the following Motion to be Removed from the CM/ECF Electronic Notice List.

DATED this 30th day of November, 2023.

                                          YAMPOLSKY & MARGOLIS

                                          */s/ Mace Yampolsky, Esq.*
                                          Mace Yampolsky, Esq.
                                          Counsel for Defendant

IT IS SO ORDERED.
Dated: December 1, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge